IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 01 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

GREAT LAKES INSURANCE COMPANY, SE, and
CINCINNATI GLOBAL UNDERWRITING AGENCY                          PLAINTIFFS

VERSUS                              CIVIL ACTION NO.: 1:23cv27 TBM-RPM

GARY CONLEY AND VANESSA CONLEY                                 DEFENDANTS

## NOTICE OF REMOVAL

To:   PLAINTIFFS
      Matt Quinlivan, Esq. (matt@deutschkerrigan.com)
      Deutsch Kerrigan, LLP
      2510 14th St. Ste. 1001
      Gulfport, MS 39501

COME NOW, Gary Conley and Vanessa Conley, by and through their attorney Ben U. Bowden, Esq. of BEN BOWDEN, PC, and file this Notice of Removal of this action to the United States District Court for the Southern District of Mississippi, Southern Division, and set forth the following grounds for removal:

1.   This civil action was filed in the Circuit Court of Harrison County, Mississippi, Second Judicial District, on or about December 27, 2022, entitled Great Lakes Insurance Company, SE and Cincinnati Global Underwriting Agency vs. Gary Conley and Vanessa Conley, Civil Action No. A240222 – 279. A copy of the summons and complaint in this action is attached hereto, and the Defendants were served with the same

~1~

on January 19, 2023. The Defendants had no other notice from any other source or documents that this matter was filed or removable prior to that date. The attached constitutes all process, pleadings, and orders served upon the Defendants in this action, and, therefore, this notice is filed timely pursuant to 28, U.S.C., § 1446 (b). See attached composite Exhibit "A".

2. The above-described action is one of which this Court has original jurisdiction under the provisions of Title 28, U.S.C., § 1332, and is removable to this court pursuant to the provisions of Title 28, U.S.C., § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different states. Specifically, in their complaint, the Defendants state that the Defendant, Great Lakes Insurance Co., SE, is organized under the laws of the country of Germany and is a citizen of said country. Further, the complaint states that the Defendant, Cincinnati Global Underwriting Agency, is organized and exists under the laws of England, and is a citizen of said country. Finally, the complaint correctly states that the Plaintiffs are married and citizens of Mississippi, United States. Further, the complaint states that the policy coverage at issue totals $278,000.00 and that the Plaintiff's claim of damages is $702,049.00, all well above the $75,000.00 amount in controversy requirement of 28, U.S.C., § 1441.

3. The Defendants herein are the only named Defendants to this action. The Defendants have provided written notice of this Notice of Removal to counsel for the Plaintiffs. A true and complete copy of this Notice of Removal will be filed in the above-referenced state court action.

4. WHEREFORE, PREMISES CONSIDERED, Defendants respectfully remove this action from the Circuit Court of the First Judicial District of Harrison County, Mississippi, to this Court pursuant to the above.

*RESPECTFULLY SUBMITTED*, this the 1st day of February, 2023.

DEFENDANTS,

BY: _s/ *Benjamin U. Bowden*_

BENJAMIN U. BOWDEN (MSB 3733)
BEN BOWDEN, PC
BridgeWater Commons, Suite 204-B
8927 Lorraine Road
Gulfport, Mississippi 39503
Telephone: (228) 896-5652
Facsimile: (228) 896-5689
Email: bowden@benbowdenlaw.com
Cc:   srodgers@benbowdenlaw.com